RECEIVED
APR - 6 2020
BY MAIL

From: Robert Cooper                Docket for Case
                                   4:17-cr-00314-RWS

4-1-20

To: Judge Rodney W. Sippel

I am write to you about A Motion for Home Confinement or Compassionate Release.

I have A Son At home That's Deaf and in A Wheelchair, also A Brother That have Cancer, and A Sister That have Brast Cancer To, i have High Blood pressure, and i Take Menth Health medical And pain medical also i have Hip "C";

I was Bron with scolisis, Club Feet with Dislocated Hip, I have scws in Both Hip's And pines in Both Hip's, i have pines in Both feet and Rhod Neck down.

So what I am ask Judge Rodney W. Sippel may i have A Motion put in or can you grant the Home Confinement or The Compassionate Release youron.

Thank You

Robert Cooper

inmate Number
46922044

Robert Cooper # 46922044
FCC Forrest city - Med
P.O. Box 3000
Forrest City AR 72336

MEMPHIS TN 380

RECEIVED
APR - 6 2020
BY MAIL
Office of the clerk
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis mo. 63102

63102-112894